UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA MARIE MARTINEZ, | No. 2:25-cv-02118-TLN-SCR |
| Plaintiff, | |
| v. | **ORDER** |
| DEBORAH SANCHEZ, et al., | |
| Defendants. | |

Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On April 7, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Plaintiff has not filed objections to the findings and recommendations.

In accordance with 28 U.S.C. § 636(b)(1)(C), this Court has reviewed the file and finds the findings and recommendations are supported by the record and by proper analysis. The Court therefore concludes that it is appropriate to adopt the findings and recommendations in full.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 7, 2026 (ECF No. 7) are adopted in full;

2. Plaintiff's Complaint (ECF No. 1) is dismissed for failure to comply with Federal Rule

1

of Civil Procedure 8 and failure to state a claim; and

    3.  The Clerk of Court is directed to close the case.

    IT IS SO ORDERED.

Date: May 7, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE